IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN COMMUNICATIONS, INC., : | |
| Plaintiff, : | |
| v. : | |
| : | Civil Action No. 3:17-cv-00157-KRG |
| MICHAEL HERMAN, : | |
| Defendant and : | |
| Counterclaim- : | JUDGE GIBSON |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| NORTH AMERICAN : | |
| COMMUNICATIONS, INC., : | |
| ROBERT HERMAN and NICHOLAS : | |
| ROBINSON : | |
| Counterclaim- : | |
| Defendants. : | |

## **ORDER**

AND NOW, this ____ day of May, 2019, upon consideration of Michael Herman's Motion for Protective Order to Prevent or Limit the Deposition of Maria Herman, said Motion is GRANTED.

It is hereby ORDERED that Plaintiff North American Communications, Inc., pursuant to Rule 26(b)(1), Rule 26(b)(2)(C)(1), Rule 26(c)(1) and Rule 45(d)(3)(iii), is precluded from taking the deposition of Maria Herman.

Or, alternatively, It is hereby ORDERED that Plaintiff North American Communications, Inc. is permitted to take the deposition of Maria Herman, but is precluded from asking (i) questions that call for information protected by the spousal communications and the adverse testimony spousal privileges and (ii) questions that do not concern the alleged improper competition pled in

the Second Amended Complaint, such as questions regarding the personal finances of Mrs. and Mr. Herman that do not relate to the alleged improper competition.

BY: _____

Gibson, J.

11